UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RICKY ABREO**                                                         **CIVIL ACTION**

**VERSUS**                                                                    **No. 15-1659**

**SEACOR MARINE, L.L.C.**                                       **SECTION I**

ORDER AND REASONS

*Pro se* plaintiff, Ricky Abreo, has filed a motion[1] to seal the above-captioned matter on the ground that "the matter will place heartache and limitation on whatever I pursue throughout my life." Defendant, Seacor Marine, LLC, has filed an opposition.[2]

The decision to seal a record "must be made in light of the strong presumption that all trial proceedings should be subject to scrutiny by the public." *United States v. Holy Land Found.*, 624 F.3d 685, 690 (5th Cir. 2010) (quotation omitted). "[T]he power to seal court records must be used sparingly in light of the public's right to access." *Id.* Although countervailing interests can outweigh the right of public access, the party who seeks to overcome the presumption of access bears the burden to show that the interest in secrecy outweighs the presumption. *Reichert v. Starring*, No. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011).

In short, plaintiff has not convinced the Court that the record of this matter should be sealed. Plaintiff's concerns that this lawsuit will negatively affect his ability to pursue a job or educational opportunities do not outweigh the public's right of access. Accordingly,

**IT IS ORDERED** that plaintiff's motion to seal is **DENIED**.

New Orleans, Louisiana, May 24, 2016.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 27.
[2] R. Doc. No. 28.